UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RODNEY WILLIAMS

Plaintiff,

-against-

POLICE OFFICER EISENBERG and
BRIAN J. HARRINGTON

Defendants.
------------------------------------------------------------------X

**ORDER**

**09-CV-2056 (NGG) (LB)**

NICHOLAS G. GARAUFIS, United States District Judge.

The Report and Recommendation ("R&R") of Magistrate Judge Lois Bloom dated October 19, 2009, though unopposed, has been reviewed by the court and is hereby adopted in its entirety. (Docket Entry # 14.) Accordingly, Plaintiff's action is dismissed without prejudice. Should Plaintiff provide his current address and further pursue this action, the court will then consider whether the case should be reopened.

SO ORDERED.

Dated: Brooklyn, New York
      November 9, 2009

s/Nicholas G. Garaufis
------------------------------
NICHOLAS G. GARAUFIS
United States District Judge